# UNITED STATES DISTRICT COURT

DISTRICT OF __Maryland__

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Leon SMITH a/k/a Abdul Lateef | Case Number: 09-4449 SKG |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief On or about __August 24, 2009__ in __Baltimore City__ County, in the _____ District of __Maryland__ defendant(s) did,

*(Track Statutory Language of Offense)*
knowingly, intentionally and unlawfully possess a firearm, in and affecting commerce, after having previously been convicted of an offense punishable by over one year imprisonment,

in violation of Title __18__ United States Code, Section(s) __922(g)__

I further state that I am a(n) __Special Agent, ATFE__ and that this complaint is based on the following facts:
  Official Title

See Attached Affidavit

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_____
Signature of Complainant

Special Agent Dan Kerwin
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 8, 2009                at    Baltimore, Maryland
Date                                          City and State

Hon. Susan K. Gauvey, United States Magistrate Judge    _____
Name and Title of Judicial Officer                                              Signature of Judicial Officer



## Affidavit in Support of Criminal Complaint and Arrest Warrant

### Your Affiant

I, Daniel Kerwin, have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since February 19, 2008. Since this time, I have completed the Basic Criminal Investigator Training Course at the Federal Law Enforcement Training Center located in Glynco, Georgia. I have also completed the Special Agent Basic Training Course at the ATF National Academy located in Glynco, Georgia. I am currently assigned to the Baltimore Field Division's High Intensity Drug Trafficking Area (HIDTA) Group where my assignment involves conducting criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, violent crimes involving firearms and armed narcotics trafficking.

Prior to joining ATF, I served as a State Trooper with the Virginia State Police for five years and patrolled Division VII which encompasses the Northern Virginia area. I also served as a member of the Warrant / Firearms Transactions Unit and had various special assignments which included Criminal Justice Instructor, Emergency Vehicle Operations Course Instructor, Field Training Officer and Executive Protection Advance Team member. I have a Bachelor of Arts Degree in Policy Studies from Syracuse University and a Juris Doctor Degree from Albany Law School. I am a member of the New York State bar, the District of Columbia bar, the United States Court of Appeals for the Armed Forces bar, the United States Air Force Court of Criminal Appeals bar and the United States Navy-USMC Court of Criminal Appeals bar.

### Facts and Circumstances Supporting Criminal Complaint

On August 24, 2009, at approximately 12:53 a.m., Officers Davis and Reed of the Baltimore City Police were patrolling the area of Queensbury and Garrison in Baltimore City. The area was known to those officers for its high volume of drug activity and violent crime. While patrolling this area, the officers observed a black male (subsequently identified as Leon SMITH, a/k/a Abdul Lateef), wearing blue jeans and a ble and white striped shirt, standing in the middle of the street surrounded by a group of unknown black males and females. At this time, the individuals observed the officers' marked patrol vehicles and began to disperse. As the individuals were walking away, Officer Reed noticed SMITH holding his right hand close to his body and constantly patting his right front pants pocket. While doing this, SMITH kept looking back at the officers' marked patrol cars. Never losing sight of SMITH, officer Reed observed him pat at his right front pocket several times. Based on her training and experience, Officer Reed believed that SMITH was doing a security check for a weapon. At that time, Officer Reed advised Officer Davis of what she had just seen and they decided to approach SMITH. The officers stopped SMITH in the 4900 block of Queensbury and exited their vehicles. Once the officers approached SMITH, he began to reach inside his right front pants pocket. At this time, Officer Reed advised SMITH to remove his hand from his pocket. SMITH did not comply immediately, and instead began to act nervously by pacing and constantly looking around as if he were looking for a way to flee. SMITH

then began to reach for his right front pocket again. While he did this, Officer Reed noticed a bulge in SMITH's right front pocket. At this time, for officer safety reasons and believing through her training and experience that SMITH was and had been displaying characteristics of an armed person, Officer Reed drew her departmental weapon and ordered SMITH to put his hands on his head. Once he complied and Officer Davis secured him, Officer Reed put away her weapon and began to conduct a pat-down of SMITH for weapons. While conducting the pat down, Officer Smith felt what she believed to be a gun in SMITH's right front pocket. She then reached inside of his right front pocket and pulled out a brown-handled Rossi handgun, .38 caliber, which had five live rounds in it. SMITH was then placed under arrest.

Your affiant determined that the firearm recovered from SMITH was a Rossi, Model M68, .38 caliber revolver, bearing serial number 37670, and that the firearm was manufactured in the Country of Brazil. Accordingly, the firearm affected interstate commerce, and it is a firearm as defined in 18 U.S.C. Section 921(a)(3).

Your affiant also determined that prior to August 24, 2009, SMITH had been convicted of multiple felony offenses prohibiting him from possessing a firearm under 18 U.S.C. 922(g). Those offenses include:

- Conviction for Armed Carjacking, dated 3/29/02, Circuit Court for Baltimore City, Case No. 00299238014;

- Conviction for Armed Carjacking, dated 3/29/02, Circuit Court for Baltimore City, Case No. 00299238017;

- Conviction for Armed Carjacking, dated 3/29/02, Circuit Court for Baltimore City, Case No. 00299147004;

- Conviction for CDS: Counterfeit Possession with Intent to Distribute, dated 5/28/96, District Court for Baltimore City, Case No. 950002925502.

I, Special Agent Daniel Kerwin, affirm under penalties of perjury that the facts and circumstances recounted in the foregoing affidavit are true and accurate to the best of my knowledge.

_____
Daniel Kerwin
Special Agent, Bureau of Alcohol Tobacco Firearms and Explosives

Signed to and sworn before me this 8th day of December 2009.

_____
Hon. Susan K. Gauvey
United States Magistrate Judge